Richard PEAMON, Plaintiff—
Appellant,

and

Bill Norris;  Michael Rich, Plaintiffs,

v.

A AND R DEVELOPMENT CORPO-
RATION, Defendant—Appellee.

No. 08–1242.

United States Court of Appeals,
Fourth Circuit.

Submitted:  May 22, 2008.

Decided:  May 28, 2008.

Richard Peamon, Appellant Pro Se.
Paula Jeanette McGill, Washington, D.C.;
Paul D. Shelton, McKennon, Shelton, &
Henn, LLP, Baltimore, Maryland, for Ap-
pellee.

Before MOTZ and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Richard Peamon appeals the district
court's orders granting A & R Develop-
ment's motions to set aside an entry of
default, for a protective order, and for
summary judgment on Peamon's civil neg-
ligence action, which alleged inadequate
security at his apartment complex.  We
have reviewed the record and find no re-
versible error.  Accordingly, we affirm for
the reasons stated by the district court.
*See Peamon v. A & R Dev. Corp.*, No.
1:06–cv02974–WMN  (D.  Md.  Mar.  20,
2007;  Apr.  19, 2007;  Feb.  7, 2008).  We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*